IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THOMAS A. WISE, JR.                                                                                       PLAINTIFF

VS.                               CASE NO. 4:05CV00677-WRW

JO ANNE B. BARNHART, Commissioner,
Social Security Administration
DEFENDANT

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 15th day of September, 2006.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE